Memorandum Opinion filed August 8, 2005, Withdrawn, Petition for Writ of
Mandamus Reinstated, and Memorandum Opinion filed October 27, 2005









Memorandum Opinion filed August 8, 2005, Withdrawn,
Petition for Writ of Mandamus Reinstated, and Memorandum Opinion filed October
27, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-05-00744-CV

____________

 

IN RE
BILL HEARD CHEVROLET, LTD. D/B/A BILL HEARD CHEVROLET-SUGAR LAND, Relator

________________________________________________________________

 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

________________________________________________________________

 

M E M O R A N D U M   O
P I N I O N

We
grant Relator=s motion to reconsider.  We withdraw our opinion filed August 8, 2005,
and vacate our judgment of that same date. 
The petition for writ of mandamus is REINSTATED.

Relator=s petition arises from the trial
court=s Order Granting Petition for Rule
202 Deposition.  It appears from that
order the trial court deferred its ruling on the issue of arbitrability until
after the Rule 202 Deposition has been taken. 
The trial court has no discretion to delay the decision on the merits of
arbitrability until after discovery.  See
In re MHI P=ship., Ltd., 7 S.W.3d 918, 923 (Tex. App.CHouston [1st Dist.] 1999, orig. proceeding).  








Accordingly,
we find the trial court abused its discretion in ordering the Rule 202
deposition prior to ruling on the motion to compel arbitration.  The trial court=s order of July 13, 2005, granting
petition for Rule 202 deposition is therefore STAYED.  We conditionally grant the writ of mandamus
and order the trial court to rule on the issue of arbitrability.  Only if the trial court fails to do so will
writ issue.  Writ conditionally granted.

 

PER CURIAM

Order filed October 27, 2005.

Panel consists of Justices Fowler, Edelman, and
Guzman. 

Do Not Publish.